and another against Frank T. W. Lockhardt and another. No opinion. Motion denied, without costs.

STANDARD TRUST CO., Respondent, v. HEINEMANN et al., Appellants. (Supreme Court, Appellate Division, First Department. January 13, 1911.) Action by the Standard Trust Company against Isaac Heinemann and others. W. C. Rosenberg, for appellants. T. C. Curtis, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STANNARD, Appellant, v. ATLANTIC TERRA COTTA CO., Respondent. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Ambrose B. Stannard against the Atlantic Terra Cotta Company. C. C. Sanders, for appellant. G. Sumner, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 139 App. Div. 909, 124 N. Y. Supp. 1130.

STATEN ISLAND BEACH LAND IMPROVEMENT CO., Respondent, v. SCHACKEL, Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1911.) Action by the Staten Island Beach Land Improvement Company against Dorothea Schackel. No opinion. Final order of the Municipal Court affirmed, with costs.

STEUERWALD, Respondent, v. SITOMER, Appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Charles B. Steuerwald against Benjamin Sitomer. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the decision is against the weight of evidence.

In re STEVENSON (two cases). In re KERNOCHAN. (Supreme Court, Appellate Division. First Department. February 17, 1911.) In the matter of the applications of Maxwell Stevenson, Eloise Kernochan, and Paul E. Stevenson for a payment out of a general fund of the Supreme Court. On motion to confirm the supplemental report of the referee, with a proposed final decree. Parties requested to appear, and submit any objection to the form of the decree presented. See, also, 139 App. Div. 909, 124 N. Y. Supp. 1131.

PER CURIAM. In this case a motion was made to confirm the supplemental report of the referee, with a proposed final decree. There was submitted in opposition an affidavit of the corporation counsel, stating that he had not had time to examine the decree, and asking that the entry be postponed until such time as he could submit papers in opposition to it. No memorandum has been received, either from the corporation counsel or from any of the other parties, in relation to this decree. The parties are requested to appear on March 7, 1911, at half past 10, and submit any objection to the form of the decree presented by the petitioners.

STILES, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Robert E. Stiles, as administrator, etc., of John Stiles, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 126 N. Y. Supp. 1093.

STROUSE, Respondent, v. RED STAR TOWING & TRANSPORTATION CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 24, 1911.) Action by Clifford Strouse, by William H. Strouse, his guardian ad litem, against the Red Star Towing & Transportation Company. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 138 App. Div. 887, 122 N. Y. Supp. 1045.

STUDWELL, Appellant, v. BUSH CO., Limited, Respondent. (Supreme Court, Appellate Division, First Department. February 17, 1911.) Action by Frederick B. Studwell against the Bush Company, Limited. C. M. Morgan, for appellant. I. R. Oeland, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 133 App. Div. 892, 118 N. Y. Supp. 1145.

STURMER, Respondent, v. B. A. & G. N. WILLIAMS, Inc., Appellant. (Supreme Court, Appellate Division, Second Department. February 24, 1911.) Action by Cornel Sturmer against B. A. & G. N. Williams, Incorporated. No opinion. Judgment and order unanimously affirmed, with costs.

In re SURPLESS. (Supreme Court, Appellate Division, Second Department. January 13, 1911.) In the matter of the application of Abner C. Surpless for an order requiring Fred L. Gross to deliver up certain papers, etc. No opinion. Motion to dismiss appeal granted, without costs, on condition that Gross stipulate to withdraw his appeal.

SWARTWOUT, Appellant, v. McGOWAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 31, 1911.) Action by Frank G. Swartwout against William McGowan and another. No opinion. Motion denied, with costs.

TATE, Respondent, v. GREAT EASTERN CASUALTY & INDEMNITY CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 8, 1911.) Action by Brigetta J. Tate against the Great Eastern Casualty & Indemnity Company of New York. No opinion. Judgment and order affirmed, with costs.

TAUSCH, Respondent, v. GIESLER, Appellant. (Supreme Court, Appellate Division, Second Department. February 24, 1911.) Action

by J. Franklin Tausch against John C. Giesler. No opinion. Judgment of the Municipal Court affirmed, with costs.

**TAUSCH, Respondent, v. HALL, Appellant.** (Supreme Court, Appellate Division, Second Department. February 24, 1911.) Action by J. Franklin Tausch against Thomas P. Hall. No opinion. Judgment of the Municipal Court affirmed, with costs.

**TEITELBAUM, Respondent, v. SHLIKERMAN REALTY & IMPROVEMENT CO., Appellant.** (Supreme Court, Appellate Division, Second Department. March 3, 1911.) Action by Solomon Teitelbaum against the Shlikerman Realty & Improvement Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re **TERRY.** (Supreme Court, Appellate Division, Third Department. January 4, 1911.) In the matter of the application of Albert W. Terry to lay out, alter, and discontinue a highway in the town of Harpersfield, Delaware county, N. Y., and the assessment of damages therefor. No opinion. Order (67 Misc. Rep. 514, 123 N. Y. Supp. 258) unanimously affirmed, with costs.

**THOMAS, Respondent, v. SIMON, Appellant.** (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by Charles Thomas against Morris Simon. No opinion. Motion to dismiss appeal granted, without costs.

**THOMPSON, Respondent, v. THOMPSON, Appellant.** (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Sarah G. Thompson against John M. Thompson. F. Frenholm, for appellant. L. O. Condit, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**TIEDJEN v. NATIONAL ELEVATOR CO.** (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by Louise Tiedjen, as administratrix, against the National Elevator Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 126 N. Y. Supp. 304.

**TIMPANO, Respondent, v. VITOLO et al., Appellants.** (Supreme Court, Appellate Division, Second Department. January 13, 1911.) Action by Michael Timpano against Giacchino Vitolo and another. No opinion. Motion denied, on condition that the appellants pay $10 costs, perfect their appeal, put the case at the foot of the present calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

**TIMPANO, Respondent, v. VITOLO et al., Appellants.** (Supreme Court, Appellate Division, Second Department. January 31, 1911.)

Action by Michael Timpano against Giacchino Vitolo and another. No opinion. Appeal dismissed, with costs. See, also, supra.

**TOMASSELLO, Respondent, v. VOLPE, Appellant.** (Supreme Court, Appellate Division, Second Department. February 24, 1911.) Action by Salvatore Tomassello against Emilio Volpe. No opinion. Judgment of the Municipal Court affirmed, with costs.

**TOTTEN, Appellant, v. COLLINS et al., Respondents.** (Supreme Court, Appellate Division, Third Department. January 4, 1911.) Action by Thomas J. Totten against Jeanette Collins and others. **PER CURIAM.** Order affirmed, with $10 costs and disbursements. SMITH, P. J., not voting.

**TRADERS' PAPER BOARD CO., Respondent, v. ALBERT PAPER BOX CO., Appellant.** (Supreme Court, Appellate Division Second Department. January 31, 1911.) Action by the Traders' Paper Board Company against the Albert Paper Box Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

**TROPENAS, Appellant, v. POWELL et al., Respondents.** (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Alexandre Tropenas against Thomas Powell and another. F. M. Applegate, for appellant. W. L. Ransom, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**TURNER, Respondent, v. BRYANT, Appellant.** (Supreme Court, Appellate Division, Third Department, March 8, 1911.) Action by Charles H. Turner against Edwin R. Bryant. **PER CURIAM.** Judgment affirmed, with costs. Order affirmed, with $10 costs and disbursements, with the privilege to the defendant of taking advantage of the order so affirmed, within 30 days, upon the terms therein named, and the payment of the costs awarded on these appeals.

**TWAMLEY, Appellant, v. McKENNELL, Respondent.** (Supreme Court, Appellate Division, First Department. February 3, 1911.) Action by Peter Twamley against Thomas A. McKennell. N. L. Keach, for appellant. G. H. Taylor, Jr., for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to amend reply on payment of costs. Order filed. See, also, 137 App. Div. 574, 122 N. Y. Supp. 237.

**UNION BANK OF BROOKLYN, Respondent, v. SCHLESINGER, Appellant.** (Supreme Court, Appellate Division, Second Department. January 20, 1911.) Action by the Union Bank